PROB 35  
(Rev. 4/81)

**Report and Order Terminating Probation/ Supervised Release Prior to Original Expiration Date**

# United States District Court
## For The
### District of New Jersey

UNITED STATES OF AMERICA

V.

Crim. No. 00-00242-001

Anthony Vispisiano

On May 3, 2001, the above named was placed on probation for a period of 5 years. The probationer has complied with the rules and regulations of probation and is no longer in need of probation supervision. It is accordingly recommended that the probationer be discharged from probation.

Respectfully submitted,

U.S. Probation Officer  
Matthew C. Kurzawa

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer be discharged from probation and that the proceedings in the case be terminated.

Dated this _____ Day of _____ 2005.

United States District Judge